**america★first**
325 N. St. Paul Street
Suite 1900
Dallas, TX 75201
800-497-7618
800-311-8300 (fax)



RECEIVED
MAR 1 3 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

12:40 p.m.

CLERK OF THE NORTHERN DISTRICT COURT - FORT WORTH
202 U.S. COURTHOUSE
501 W. TENTH STREET
FORT WORTH TX, 76102

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| DAWN A. CADDELL AND LOUIS DELAROSA | § | |
| VS | § | CIVIL ACTION NO. 4:14-CV-909-A |
| OAKLEY TRUCKING, INC. AND JILLETA | § | |
| BAXTER, AS AN HEIR TO THE ESTATE | § | |
| OF JOHN PATRICK BAXTER, DECEASED | § | |
| OR AS AN EXECUTRIX, ADMINISTRATOR | § | |
| OR PERSONAL REPRESENTATIVE OF THE | § | |
| ESTATE OF JOHN PATRICK BAXTER | § | |

**Regarding Deposition by Written Questions**
Directed to the Custodian of Records for: **FAMILY CLINIC - BILLING**
Pertaining to **DAWN ARLENE CADDELL**

The witness was duly sworn and the transcript attached is a true record of the testimony given by the witness. The deposition was signed by the witness and returned on 02/19/2015. Changes made by the witness, if any, in the transcript are attached or incorporated hereto. The original deposition transcript, together with copies of all exhibits, were provided to the attorney or party who asked the first question appearing in the transcript for safekeeping and use at trial. The charges for the preparation of the completed deposition transcript and any copies of the exhibits are to be paid for by the attorney for the Defendant and total $99.00.

**Attorneys of Record follow:**

MARK J. DYER          RICHARD "TED" E. HANSON          WILLIAM D. TAYLOR

I certify that a true and correct copy of the foregoing instrument was mailed to the respective parties or attorneys of record, postage prepaid, was hand delivered, or transmitted by facsimile.

_____Allyson King_____
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME ON 02/22/2015

_____Cheri C. Bibb_____
Notary Public in and for
The State of Texas

CHERI BIBB
Notary Public
STATE OF TEXAS
My Comm. Exp. Nov. 12, 2016

69188-2-419160