IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAWN A. CADDELL, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-909-A |
| | § | |
| OAKLEY TRUCKING, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the agreed stipulation of dismissal filed this date,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted by plaintiffs, Dawn A. Caddell and Louis Delarosa, against defendants, Oakley Trucking, Inc., and Jilleta Baxter, as an heir to the Estate of John Patrick Baxter, Deceased, or as an executrix, administrator, or personal representative of the Estate of John Patrick Baxter, Deceased, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED November 30, 2015.

_____
JOHN McBRYDE
United States District Judge